# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00349-CV

**Misty Celeste Williams, Appellant**

**v.**

**Joshua S. Bond, Sr., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 232,813-E, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have submitted to this Court a copy of the district court's "Final Agreed Order Terminating Order for Spousal Maintenance and Judgment Confirming Arrearage for Maintenance." They advise us that the order has rendered the underlying controversy moot. Accordingly, we dismiss this appeal as moot. *See* Tex. R. App. P. 43.2(f).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed as Moot

Filed: February 10, 2012